CHARLES SCHULTZ, Respondent, v. CLARISSA L. CRANE and others, Executors, Appellants.

*Guarantee — how construed.*

A guarantee is a mercantile contract, and is to be construed so as to give effect to whatever is fairly presumable to be the intention and understanding of the parties, and not according to any strictly technical nicety. (Story on Cont., § 854; 2 Pars. on Cont. [5th ed.], 5.)

Where a mortgage was assigned to the plaintiff to discharge a prior indebtedness, under the following agreement: "Due Charles Schultz, $2,500, to be paid in mortgage, said mortgage to be guaranteed," *held*, that the agreement was that the payment of the mortgage should be guaranteed, and not merely, that it was a charge upon the land described in it. (*Curtis* v. *Smallman*, 14 Wend., 231; *Cooke* v. *Nathan*, 16 Barb., 342.)

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

*Truman H. Baldwin,* for appellants.    *George W. Carpenter,* for respondent.

Opinion by BRADY, J.    DAVIS, P. J., and DANIELS, J., concurred.

Judgment affirmed, with costs.